UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR A. PAZ, individually and on behalf of all similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEALED AIR CORPORATION,<br><br>Defendant. | 1:19-cv-00353-LJO-BAM<br><br>ORDER TRANSFERRING CASE TO THE CENTRAL DISTRICT OF CALIFORNIA |

Plaintiff Victor A. Paz filed this action on January 7, 2019, in the Superior Court of California for the County of Madera. (Doc. No. 1.) Defendant Sealed Air Corporation ("Defendant") filed a notice of removal on March 15, 2019. (*Id.*)

On May 23, 2019, the parties filed a stipulation seeking to transfer venue for this matter to the United States District Court for the Central District of California. (Doc. No. 8.) According to the parties' stipulation, an action against Defendant asserting substantially identical claims known as *Martinez v. Sealed Air Corporation,* Case No. 2:18-cv-09881-DSF-GJS was filed first and is currently pending before the Central District of California, venue is proper in the Central District of California where this action could have been brought, and, for the convenience of the parties and witnesses, venue should be transferred to the Central District of California. (*Id.*)

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any

1

district or division to which all parties have consented." 28 U.S.C. § 1404(a).  Here, pursuant to the parties' stipulation, all parties have consented to transfer this matter to the Central District of California.  (*See* Doc. No. 8.)

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

IT IS SO ORDERED.

Dated: __**May 28, 2019**__  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE